# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF IOWA
# CENTRAL DIVISION

| | |
|---|---|
| WILLIAM JAY RUMBAUGH,<br><br>      Plaintiff,<br>vs.<br><br>WALMART INC., WAL-MART STORES INC. AND SOUTHEAST MARKET CENTER LC,<br><br>      Defendants. | Case No. 4:23-cv-28<br>**Iowa District Ct. Case No. LACL154622**<br><br>**NOTICE OF REMOVAL** |

**COME NOW** Defendants Walmart Inc. and Wal-Mart Stores, Inc., ("Defendants") through their attorneys, MWH Law Group LLP, pursuant to 28 U.S.C. §§ 1332, 1441 and 1446, and hereby remove the above-captioned cause of action from the Iowa District Court for Polk County to the United States District Court, Southern District of Iowa, Central Division. In support thereof, Defendant states the following:

    1.    This action was originally filed by Plaintiff against Defendants on or about December 28, 2022 in the Iowa District Court in and for Polk County, entitled *William Jay Rumbaugh vs. Walmart Inc., Wal-Mart Stores, Inc. and Southeast Market Center, LC*, Case No. LACL154622. Pursuant to 28 U.S.C. § 1446(a) and Local Rule 81, a copy of the Original Notice and Petition at Law is attached as **Exhibit 1**.

    2.    Personal service was made upon the Defendants' Registered Agent on January 13, 2023.

    3.    This case may be removed from the Iowa District Court in and for Polk County to the United States District Court for the Southern District of Iowa, Central Division, pursuant to 28

U.S.C. § 1332. The United States District Court has original jurisdiction over the litigation filed in state court based on diversity of the parties.

4. This is a civil action in which Plaintiff William Jay Rumbaugh claims that he is entitled to damages for personal injury resulting from an incident that occurred at the Walmart Store located at 5101 SE 14th Street, Des Moines, Iowa on December 31, 2020. Plaintiff is seeking past and future medical expenses, past and future lost wages and future loss of earning capacity, past and future physical pain and mental suffering, past and future loss of full mind and body and any other element of loss recognized by Iowa law not specifically set forth herein. (*See* **Exhibit 1**, ¶ 15.) The amount in controversy exceeds the sum or value of $75,000.00, exclusive of interests and costs.

5. Defendant Walmart Inc. (f/k/a Wal-Mart Stores, Inc.) is Defendant in this action. Walmart Inc. and Wal-Mart Stores, Inc. are incorporated in Delaware and have their principal place of business in Bentonville, Arkansas, and are deemed to be citizens of both Delaware and Arkansas pursuant to 28 U.S.C. 1332(c)(1). Walmart Inc. and Wal-Mart Stores, Inc are the same corporation. Walmart Inc. (f/k/a Wal-Mart Stores, Inc.) is the specific entity named as Defendant in the above-captioned cause of action. The corporation has been known as "Walmart Inc." since February 1, 2018. The corporation was known as "Wal-Mart Stores, Inc." from 1970 through 2018.

6. Plaintiff is a resident of Polk County, Iowa.

7. The time for filing this notice of removal has not run because thirty (30) days has not expired since January 13, 2023, the date on which the Defendants were personally served with the Original Notice and Petition at Law.

8. Pursuant to 28 U.S.C. § 1446(a) and Local Rule 81, a copy of the Original Notice

and Petition at Law filed by the Plaintiff is attached and incorporated herein by reference as **Exhibit 1**.

9. Pursuant to Local Rule 81(a), Defendants state that this is the only matter currently pending in the state court that will require resolution. Defendants have not been served with and are not aware of any other process, pleadings, and/or orders in the action pending in the Iowa District Court for Polk County.

10. Counsel that has appeared on behalf of Plaintiff in state court is:

> Clarissa Rietveld, AT0014115
> VanDerGinst Law, P.C.
> 400 Locust, Suite 170
> Des Moines, IA 50309
> Telephone: (515) 850-5405
> Facsimile: (515) 850-5404
> E-mail: c.rietveld@vlaw.com

11. This Notice of Removal is being served upon the Plaintiff's counsel by electronic mail and is also being filed with the Clerk of the Iowa District Court in and for Polk County.

**WHEREFORE**, Defendants give notice that the above-captioned action now pending against it in the Iowa District Court in and for Polk County is removed therefrom to the United States District Court for the Southern District of Iowa, Central Division.

> Respectfully submitted,
>
> */s/ Veronica Kirk*
> Veronica Kirk, AT0009420
> Luke C. Jenson, AT0011892
> MWH LAW GROUP LLP
> 4350 Westown Parkway, Suite 120
> West Des Moines, IA 50266-1090
> Telephone: (515) 453-8509
> Facsimile: (515) 267-1408
> E-mail: veronica.kirk@mwhlawgroup.com
> E-mail: luke.jenson@mwhlawgroup.com
> *Attorneys for Defendants*
> *Walmart Inc. and Wal-Mart Stores, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on January 30, 2023, I electronically filed the foregoing with the Clerk of the Court using the ECF system which will send notification of such filing to all attorneys of record.

*/s/ Cyndi R. Ellis*

I further certify that on January 30, 2022, I emailed a copy of the foregoing to opposing counsel at the address listed below:

Clarissa Rietveld, AT0014115
VanDerGinst Law, P.C.
400 Locust, Suite 170
Des Moines, IA 50309
Telephone: (515) 850-5405
Facsimile: (515) 850-5404
E-mail: c.rietveld@vlaw.com
*Attorney for Plaintiff*

*/s/ Cyndi R. Ellis*